# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:16−mc−00043−VAB

| | |
|---|---|
| Henry v. Anchorage et al | Date Filed: 02/29/2016 |
| Assigned to: Judge Victor A. Bolden | Jury Demand: None |
| Cause: Motion to Quash | Nature of Suit: 990 Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony Henry**     represented by     **Molly Curran Brown**
Dillon & Findley, PC
1049 W. 5th Ave, Ste 200
Anchorage, AK 99501
907−277−5400
Email: molly@dillonfindley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Municipality of Anchorage**     represented by     **Lori B. Alexander**
Littler Mendelson, P.C.− NH, CT
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
203−974−8701
Fax: 203−907−1861
Email: lalexander@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Halloran**
Littler Mendelson Corporation − AK
310 K Street, Suite 400
Anchorage, AK 99501
(907) 561−1214
Fax: (907) 561−1215
Email: SHalloran@littler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul A. Testa**
Littler Mendelson, P.C.− NH, CT
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
203−974−8717
Fax: 203−654−7267

Email: ptesta@littler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Mew**                 represented by    **Lori B. Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Testa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Halloran**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Police Department Anchorage**      represented by    **Lori B. Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Testa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Halloran**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Eric Daigle**                represented by    **Eric P. Daigle**
Daigle Law Group, LLC
P.O. Box 123
Southington, CT 06489
860−270−060
Email: Eric.Daigle@DaigleLawGroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Daigle Law Group, LLC**       represented by    **Eric P. Daigle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Police Performance Consulting, LLC**  represented by  **Eric P. Daigle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2016 | Ï 1 | MOTION to Quash by Municipality of Anchorage, Police Department Anchorage, Mark Mew.Responses due by 3/21/2016 (Caffrey, A.) (Entered: 03/01/2016) |
| 02/29/2016 | Ï 2 | NOTICE of Appearance by Lori B. Alexander on behalf of Municipality of Anchorage, Police Department Anchorage, Mark Mew (Caffrey, A.) (Entered: 03/01/2016) |
| 02/29/2016 | Ï 3 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 2/29/2016.(Caffrey, A.) (Entered: 03/01/2016) |
| 03/01/2016 | Ï | Filing fee received from Littler Mendleson P.C.: $ 46.00, receipt number CTXN00012571 (Caffrey, A.) (Entered: 03/01/2016) |
| 03/03/2016 | Ï 4 | SCHEDULING ORDER: Telephonic Status Conference set for 3/4/2016 02:00 PM before Judge Victor A. Bolden. Counsel shall call 888−808−6929 and enter the code 9284309.<br>Signed by Judge Victor A. Bolden on 3/3/2016. (Shin, D.) (Entered: 03/03/2016) |
| 03/03/2016 | Ï | SCHEDULING ORDER: Telephonic Status Conference set for 3/4/2016 02:00 PM before Judge Victor A. Bolden is cancelled.<br>Signed by Judge Victor A. Bolden on 3/3/2016. (Shin, D.) (Entered: 03/03/2016) |
| 03/14/2016 | Ï 5 | RESPONSE *to Motion to Quash and Motion to Transfer – REDACTED* and MOTION for Transfer Under Federal Civil Rule 45(f) filed by Anthony Henry. (Attachments: # 1 Affidavit of Molly C. Brown, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Text of Proposed Order)(Brown, Molly) Modified on 5/17/2016 to change to motion event/relief.(Perez, J.). (Entered: 03/14/2016) |
| 03/14/2016 | Ï 6 | MOTION to Seal Confidential Exhibits and Text to Opposition to Motion to Quash and Motion to Transfer by Anthony Henry. (Attachments: # 1 Text of Proposed Order)(Brown, Molly) (Entered: 03/14/2016) |
| 03/14/2016 | Ï 7 | Sealed Document: Confidential Text and Exhibits to Opposition to Motion to Quash and Motion to Transfer by Anthony Henry re 6 MOTION to Seal Confidential Exhibits and Text to Opposition to Motion to Quash and Motion to Transfer, 5 Response, *to Motion to Quash and Motion to Transfer – REDACTED*. (Attachments: # 1 Confidential Portions of Opposition to Motion to Quash and Motion to Transfer, # 2 Exhibit B (Confidential), # 3 Exhibit C (Confidential), # 4 Exhibit D (Confidential), # 5 Text of Proposed Order)(Brown, Molly) (Entered: 03/14/2016) |
| 03/14/2016 | Ï 8 | EXHIBIT *Affidavit of Molly C. Brown* by Anthony Henry re 6 MOTION to Seal Confidential Exhibits and Text to Opposition to Motion to Quash and Motion to Transfer. (Brown, Molly) (Entered: 03/14/2016) |
| 03/15/2016 | Ï 9 | ORDER granting 6 Motion to Seal. Signed by Judge Victor A. Bolden on 3/15/2016. (Shin, D.) (Entered: 03/15/2016) |
| 03/15/2016 | Ï 10 | NOTICE by Anthony Henry re 5 Response, 8 Exhibit *of Filing Amended Certificate of Service* (Attachments: # 1 Errata Amended Certificate of Service)(Brown, Molly) (Entered: 03/15/2016) |

| 03/15/2016 | 11 | NOTICE by Anthony Henry re 5 Response, *of Filing Amended Affidavit* (Attachments: # 1 Affidavit Amended Affidavit of Molly C. Brown)(Brown, Molly) (Entered: 03/15/2016) |
|---|---|---|
| 03/17/2016 | 12 | MOTION to Intervene by Eric Daigle, Daigle Law Group, LLC, Police Performance Consulting, LLC.Responses due by 4/7/2016 (Fazekas, J.) (Entered: 03/18/2016) |
| 03/17/2016 | 13 | MOTION for Joinder re 1 MOTION to Quash filed by Mark Mew, Police Department Anchorage, Municipality of Anchorage by Eric Daigle, Daigle Law Group, LLC, Police Performance Consulting, LLC. (Fazekas, J.) (Entered: 03/18/2016) |
| 03/17/2016 | 14 | NOTICE of Appearance by Eric P. Daigle on behalf of Eric Daigle, Daigle Law Group, LLC, Police Performance Consulting, LLC (Fazekas, J.) (Entered: 03/18/2016) |
| 03/25/2016 | 15 | MOTION to Seal Exhibits 11, 12 and 13 to defendants' Reply to Opposition to Motion to Quash by Municipality of Anchorage, Police Department Anchorage, Mark Mew. (Alexander, Lori) (Entered: 03/25/2016) |
| 03/25/2016 | 16 | REPLY to Response to 1 MOTION to Quash filed by Municipality of Anchorage, Police Department Anchorage, Mark Mew. (Alexander, Lori) (Entered: 03/25/2016) |
| 03/25/2016 | 17 | Sealed Document: Reply to Opposition to Motion to Quash by Municipality of Anchorage, Police Department Anchorage, Mark Mew re 1 MOTION to Quash . (Alexander, Lori) (Entered: 03/25/2016) |
| 03/25/2016 | 18 | RESPONSE re 5 Response, *(Opposition to Motion to Transfer)* filed by Municipality of Anchorage, Police Department Anchorage, Mark Mew. (Alexander, Lori) (Entered: 03/25/2016) |
| 03/29/2016 | 19 | ORDER granting 15 Motion to Seal. Signed by Judge Victor A. Bolden on 3/29/2016. (Shin, D.) (Entered: 03/29/2016) |
| 04/11/2016 | 20 | REPLY to Response to 1 MOTION to Quash *Pl's Reply to Defs' Opp to Mot to Tranfer at Dkt. 18* filed by Anthony Henry. (Attachments: # 1 Exhibit I, # 2 Exhibit J, # 3 Exhibit K, # 4 Exhibit L, # 5 Exhibit M, # 6 Exhibit N, # 7 Exhibit O)(Brown, Molly) (Entered: 04/11/2016) |
| 04/11/2016 | 21 | MOTION to Seal Exhibits N and O to Pl's Reply to Defs' Opp to Mot to Transfer by Anthony Henry. (Attachments: # 1 Text of Proposed Order)(Brown, Molly) (Entered: 04/11/2016) |
| 04/11/2016 | 22 | Sealed Document: Exhibit N and Exhibit O by Anthony Henry re 20 Reply to Response to Motion, 21 MOTION to Seal Exhibits N and O to Pl's Reply to Defs' Opp to Mot to Transfer . (Attachments: # 1 Exhibit N, # 2 Exhibit O)(Brown, Molly) (Entered: 04/11/2016) |
| 04/12/2016 | 23 | ORDER granting 21 Motion to Seal. Signed by Judge Victor A. Bolden on 4/12/2016. (Shin, D.) (Entered: 04/12/2016) |
| 04/19/2016 | 24 | NOTICE of Appearance by Paul A. Testa on behalf of Municipality of Anchorage, Police Department Anchorage, Mark Mew (Testa, Paul) (Entered: 04/19/2016) |
| 04/19/2016 | 25 | MOTION for Attorney(s) Sean Halloran to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205–3970205) by Municipality of Anchorage, Police Department Anchorage, Mark Mew. (Attachments: # 1 Affidavit of Sean Halloran and Certificates of Good Standing)(Testa, Paul) (Entered: 04/19/2016) |
| 04/20/2016 | 26 | ORDER granting 25 Motion to Appear Pro Hac Vice for Sean Halloran.. Signed by Clerk on 4/20/2016. (Fazekas, J.) (Entered: 04/20/2016) |
| 04/20/2016 | 27 | NOTICE of Appearance by Sean Halloran on behalf of Municipality of Anchorage, Police Department Anchorage, Mark Mew (Halloran, Sean) (Entered: 04/20/2016) |
| 05/17/2016 | 28 | |

| | | |
|---|---|---|
| | | ORDER granting unopposed 12 Motion to Intervene; granting unopposed 13 Motion for Joinder. Signed by Judge Victor A. Bolden on 5/17/2016. (Shin, D.) (Entered: 05/17/2016) |
| 05/18/2016 | 29 | ORDER granting 5 Motion to Transfer. The Clerk is directed to transfer the pending 1 Motion to Quash to the District of Alaska for consideration and resolution in connection with the underlying litigation, *Henry v. Municipality of Anchorage, et al.*, No. 15–cv–187–RRB. Signed by Judge Victor A. Bolden on 5/18/2016. (Shin, D.) (Entered: 05/18/2016) |
| 06/03/2016 | Ï | Case electronically transferred to the District of Alaska. (Walker, A) (Entered: 06/03/2016) |
| 06/27/2016 | Ï | Case electronically transferred to the District of Alaska. (Walker, A) (Entered: 06/27/2016) |